FARMERS AND MERCHANTS' STATE BANK, Respondent, *v.*
CHARLES A. STRINGER, Appellant, Impleaded with Others.

*Farmers & Merchants' State Bank* v. *Stringer,* 75 App. Div. 127, appeal
dismissed.
(Argued June 1, 1903; decided June 5, 1903.)

MOTION to dismiss an appeal from an order of the Appel-
late Division of the Supreme Court in the third judicial
department, entered July 18, 1902, which reversed an order
of Special Term denying a motion to set aside the service of
the summons herein, and for leave to withdraw defendant's
notice of appearance and granted such relief.

The motion was made upon the ground that the order from
which the appeal is taken is not one finally determining the
action.

*Henry B. Coman* for motion.

*Joseph Beal* opposed.

Motion granted, with costs in this court and ten dollars
costs of motion.